*John C. Lewis III*, in opposition.

Decided February 10, 2000

## JOSEPH P. GERARDI *v.* DENNIS J. MITCHELL

The plaintiff's petition for certification for appeal from the Appellate Court, 55 Conn. App. 901 (AC 19511), is denied.

*Joseph P. Gerardi*, pro se, in support of the petition.

Decided February 10, 2000

## STATE OF CONNECTICUT *v.* JULIO RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 117 (AC 17199), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Michael L. Moscowitz*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided February 10, 2000

## STATE OF CONNECTICUT *v.* GLEN MARTIN

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 98 (AC 17514), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.